[No. 4434–II. Division Two. October 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. J. B. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 55765, James V. Ramsdell, J., entered November 8, 1979. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Cochran and Johnson, JJ. Pro Tem.

[No. 4640–II. Division Two. October 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER M. PAULSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5060, Gerald B. Chamberlin, J., entered March 3, 1980. *Dismissed* by unpublished opinion per Cochran, J. Pro Tem., concurred in by Petrich, J., and Johnson, J. Pro Tem.

[No. 4158–II. Division Two. October 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES J. WILLIAMSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–168, John H. Kirkwood, J., entered July 6, 1979. *Dismissed* by unpublished opinion per Cochran, J. Pro Tem., concurred in by Petrich, J., and Johnson, J. Pro Tem.